# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, *et al.*,

    *Plaintiffs,*

v.

KATHLEEN SEBELIUS, *et al.*,

    *Defendants.*

Case No. 4:13-cv-01975-JSW

[~~PROPOSED~~] ORDER

## [PROPOSED] ORDER

Pursuant to stipulation, and good cause having been shown, it is ordered that Plaintiffs' deadline to file a Second Amended Complaint or voluntarily dismiss their First Amended Complaint in the above-captioned matter is extended to December 2, 2013; the deadline for Alternative Dispute Resolution (ADR) certificate and request for ADR status hearing form is extended to February 14, 2014; the deadline for filing a joint case management statement is extended to February 28, 2014; and the Case Management Conference is continued until March 7, 2014. In the event Plaintiffs file a Second Amended Complaint, Defendants will have 60 days from the date of filing to file an answer or otherwise respond.

IT IS SO ORDERED.

Dated: October 28, 2013

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER